IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REGINA BEATRIX MAXELL | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-2097 |
| | § | |
| MARTIN O'MALLEY | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Unopposed Motion to Remand (Doc. No. 6) and Judge Bennett's Memorandum and Recommendation (Doc. No. 7) that the motion should be granted. No objections to the Memorandum and Recommendation were filed and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion. Accordingly, it is hereby

**ORDERED** That the Memorandum and Recommendation (Doc. No. 7) is **ADOPTED**, and Plaintiff's Unopposed Motion to Remand (Doc. No. 6) is **GRANTED**. This case is hereby **REMANDED** to the Commissioner of the Social Security Administration for further administrative proceedings.

SIGNED this 22nd day of November 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE